**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-2225**

BOARD OF SUPERVISORS OF ALLEGHANY COUNTY,

Plaintiff - Appellee,

v.

DONNIE T.A.M. KERN,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:22-cv-00424-JPJ-PMS)

Submitted:  March 16, 2023                    Decided:  March 20, 2023

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Donnie T. Kern, Appellant Pro Se.  Christopher Stanislaw Dadak, GUYNN WADDELL CARROLL & LOCKABY, P.C., Salem, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donnie T. Kern seeks to appeal the district court's order remanding the underlying civil action against Kern to the state court from which it was removed.

> [T]he law as it stands today provides that an order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise, except that an order remanding a case to the State court from which it was removed pursuant to [28 U.S.C. §] 1442 or [§] 1443 . . . shall be reviewable by appeal or otherwise.

*BP P.L.C. v. Mayor & City Council of Balt.*, 141 S. Ct. 1532, 1536-37 (2021) (cleaned up). The district court remanded the case to state court after determining that it lacked subject matter jurisdiction. We therefore are without jurisdiction to review the remand order. *See* 28 U.S.C. § 1447(c), (d).

Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2